## JOSEPHINE GAIDA ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF SHELTON

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 108 Conn. App. 19 (AC 28421), is denied.

*Ian Angus Cole*, in support of the cross petition.

Decided September 16, 2008

## IN RE EMERALD C.

The petition by the respondent father for certification for appeal from the Appellate Court, 108 Conn. App. 839 (AC 28573), is denied.

*Marcia McCormack*, in support of the petition.

*Philip Miller*, assistant attorney general, in opposition.

Decided September 16, 2008

## STATE OF CONNECTICUT *v.* ANTONIO W.

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 43 (AC 27211), is denied.

*Stephanie L. Evans*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided September 16, 2008